UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Olga Voytovych, <br><br>             Plaintiff, <br><br> v. <br><br> Preferred Guest Resorts, LLC; and DOES 1-10, inclusive, <br><br>             Defendants. | : Civil Action No.: 3:13-cv-00394 <br> : <br> : <br> : COMPLAINT <br> : <br> : March 22, 2013 |

For this Complaint, the Plaintiff, Olga Voytovych, by undersigned counsel, states as follows:

## JURISDICTION

1.     This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2.     Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here, Plaintiff resides in this judicial district, and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

4.     The Plaintiff, Olga Voytovych ("Plaintiff"), is an adult individual residing in Stamford, Connecticut.

5.     Defendant Preferred Guest Resorts, LLC ("Preferred"), is a Florida business entity with an address of 501 N Wymore Road, Winter Park, Florida 32789.

6.     Does 1-10 (the "Agents") are individual agents and/or employees

employed by Preferred and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

7. Preferred at all times acted by and through one or more of the Agents.

## FACTS

8. Within the last four years, Preferred placed calls Plaintiff's cellular telephone numbers xxx-xxx-4784 and xxx-xxx-4785.

9. At all times referenced herein, Preferred placed calls to Plaintiff's cellular telephones by using an automated telephone dialer system ("ATDS") and/or by using an artificial or prerecorded voice.

10. When Plaintiff answered the calls from Preferred, she heard a prerecorded message delivered by Preferred.

11. Plaintiff never provided her cellular telephone numbers to Preferred and never provided her consent to Preferred to be contacted on her cellular telephones.

12. In addition to aforementioned telephone calls, Preferred sent several text messages to Plaintiff's cellular telephones without Plaintiff's prior express consent.

13. The telephone numbers called by Defendant were assigned to cellular telephones service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

14. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et. seq*.

15. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

17. Preferred placed calls to Plaintiff's cellular telephones using prerecorded voice knowing that it lacked consent to call her numbers. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

18. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendants:

    A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B.  Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

**Dated: March 22, 2013**

>  Respectfully submitted,
>
>  By  /s/ Sergei Lemberg
>
>  Sergei Lemberg, Esq.
>  LEMBERG & ASSOCIATES L.L.C.
>  1100 Summer Street, 3rd Floor
>  Stamford, CT 06905
>  Telephone: (203) 653-2250
>  Facsimile:   (203) 653-3424
>  Attorney for Plaintiff